FILED IN CLERK'S OFFICE
U.S.D.C. Rome
JUL 08 2011
JAMES N. HATTEN, C
By: _____ Deputy

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Mark Dabney<br>    Plaintiff | )<br>)<br>) |
| Vs. | ) Case No. 4:11-cv-00156-HLM-WEJ<br>)<br>) |
| GERALD E. MOORE & ASSOC.<br>John Does 1-10<br>    Defendant(s) | )<br>) Judge Harold L. Murphy<br>) Trial by Jury Demanded |

## AMENDED COMPLAINT FOR VIOLATIONS OF THE FCRA

### JURISDICTION

1. This court has jurisdiction under 15 U.S.C. §1681p and 28 U.S.C §1331.

2. All conditions precedent to the bringing of this action have been performed.

### PARTIES

3. The Plaintiff in this lawsuit is Mark Dabney, a natural person, who resides in Bartow County, Georgia.

4. The Defendant in this lawsuit is GERALD E. MOORE & ASSOC. an unknown entity with offices at 2700 Cumberland Parkway Suite 400, Atlanta Georgia 30339

### VENUE

5. The occurrences which give rise to this action occurred in Bartow County, Georgia and Plaintiff resides in Bartow County, Georgia.

6. Venue is proper in the Northern District of Georgia.

## GENERAL ALLEGATIONS

7. Plaintiff pulled his consumer credit reports from Experian a major credit reporting agency and found entries by entities that he was unfamiliar with in the reports.

8. Plaintiff determined that his consumer credit report had been pulled on various occasions by various entities he did not recognize and without his consent.

9. Plaintiff found after examination of his Experian consumer credit report that Defendant GERALD E. MOORE & ASSOC. had pulled Plaintiff's Experian consumer credit report in January of 2011.

10. Discovery of violations brought forth herein occurred in May of 2011 and are within the statute of limitations as defined in FCRA, 15 U.S.C. § 1681p.

## Count I

## VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT GERALD E. MOORE & ASSOC.

11. Paragraphs 1 through 10 are realleged as though fully set forth herein.

12. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

13. Experian is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681a(f).

14. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C. § 1681a(d).

15. The FCRA, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report.

16. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

17. Plaintiff has never had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from the Defendant GERALD E. MOORE & ASSOC.

18. At no time did Plaintiff give his consent for Defendant GERALD E. MOORE & ASSOC. to acquire his consumer credit report from any credit reporting agency.

19. In January of 2011 Defendant GERALD E. MOORE & ASSOC. obtained the Experian consumer credit report for the Plaintiff with no permissible purpose in violation of FCRA, 15 U.S.C. § 1681b.

20. The action of Defendant GERALD E. MOORE & ASSOC. obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent was a willful violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

Wherefore, Plaintiff demands judgment for damages against Defendant, GERALD E. MOORE & ASSOC. for statutory damages of $1000.00, punitive damages to be determined by this honorable court, attorney's fees, and costs pursuant to 15 U.S.C. § 1681n.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: 30 June 2011

Respectfully Submitted,

*Mark Dabney*

Mark Dabney
294 McCormick Road
Cartersville Georgia 30120
678 938-3324

Service to:

GERALD E. MOORE & ASSOC.
2700 Cumberland Parkway Suite 400
Atlanta Georgia 30339