EXHIBIT "C"

CAPITAL ONE

| | |
|---|---|
| **Name** | **Home Phone** **Closed Date** |
| DABNEY, MARK | |
| **Address** | **POE Phone** **Closed Reason** |
| 294 MCCORMICK RD SW | |
| **City**            **State Zip**            **County POE** | **Date Fwd To Atty** |
| CARTERSVILLE GA     301206016 | 01/21/2011 |

**Atty Name**

THE LAW OFFICES OF GERALD E. MOORE & ASSOCIATES, P.C.