IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MARK DABNEY, <br><br> Plaintiff, <br><br> v. <br><br> GERALD E. MOORE & ASSOCIATES, <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 4:11-CV-00156-HLM-WEJ |

### AFFIDAVIT OF RICHARD A. NAPOLITANO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Personally appeared before me, the undersigned notary, duly authorized to administer oaths, Richard A. Napolitano, who, having been duly sworn, states of his own personal knowledge and/or the business records of Capital One Bank (USA) N.A., the following:

1.

I am Richard A. Napolitano. I am over the age of eighteen (18) and I am competent to testify to all matters asserted herein. I am the authorized agent for Capital One Bank (USA) N.A., and I am qualified and authorized to make this Affidavit from my personal knowledge and/or from Capital One's business records.

2.

I am a Senior Legal Specialist, employed by Capital One Services, LLC., an affiliate and service provider to Capital One Bank (USA) N.A. I have been employed by Capital One Services, LLC. during all relevant dates stated herein.

3.

I am familiar with the method by which Capital One Bank (USA) N.A. records, keeps, and maintains its business records. I have access to the business records pertaining to the account of the Plaintiff, which are recorded at the time or within a reasonable time of the occurrence of transactions stated therein. The business records are recorded, kept, and maintained in the normal course of Capital One Bank (USA) N.A.'s business.

4.

Capital One Bank (USA) N.A is the original Creditor and owner of a legal debt owed by Plaintiff on account number XXXXXXXXXXXX1324, pursuant to a Contract on a revolving credit card account. Attached hereto as Exhibit "A" is a true and correct copy of the Contract that governs the aforementioned account. I am familiar with the terms and conditions of the Contract. Said Contract is a business record, which I have access to and that is recorded, kept and maintained

by Capital One Bank (USA) N.A. in the normal course of business. A copy of said Contract was mailed to Plaintiff at the Plaintiff's address and was not returned as undeliverable.

5.

Plaintiff obtained the credit card and made use of it, which is evidenced by the true and correct copy of the Account Statements attached hereto as Exhibit "B". Said Account Statements are business records, which I have access to and that are recorded, kept, and maintained by Capital One Bank (USA) N.A. in the normal course of business. A copy of said Account Statements were mailed to Plaintiff at the address stated therein and were not returned as undeliverable.

6.

The Contract provides that the Plaintiff shall be in default if Plaintiff fails to pay as agreed.

7.

Plaintiff is in default of the above referenced account as Plaintiff has failed to make payments on the account by the due dates as evidenced by the true and correct Account Statements attached hereto.

8.

On January 21, 2011, Capital One Bank (USA) N.A. authorized

the placement of the Plaintiff's defaulted account with the Law Offices of Gerald E. Moore & Associates, P.C. for the purpose of collection and/or litigation. Attached hereto as Exhibit "C" is a true and correct copy of the business records showing when the Plaintiff's account was placed with the Law Offices of Gerald E. Moore & Associates, P.C. Said document is a business record of Capital One Bank (USA) N.A, which I have access to and that are recorded, kept, and maintained by Capital One Bank (USA) N.A. in the normal course of business.

FURTHER AFFIANT SAYETH NOT.

_____
Richard A. Napolitano
Senior Legal Specialist for
Capital One Bank (USA) N.A.

COMMONWEALTH OF VIRGINIA
Sworn to and subscribed to

before me this  8th  day of

July, 2011.

_____
Notary Public
My Commission Expires February 28, 2014

LINDA L. GOODMAN
Notary Public
Commonwealth of Virginia
146118
My Commission Expires Feb 28, 2014

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that I have this day served the foregoing **Affidavit of Richard A. Napolitano** by depositing a copy of same in the United States Mail, via first class mail with adequate postage affixed thereon, properly addressed to:

MARK DABNEY
294 MCCORMICK RD SW
CARTERSVILLE, GA 30120-6016

RESPECTFULLY SUBMITTED, this 12th day of July, 2011.

THE LAW OFFICES OF
GERALD E. MOORE & ASSOCIATES, P.C.

s/ John M. Duffoo, Esq.
JOHN M. DUFFOO
Georgia State Bar No. 231973

For the Law Offices of
Gerald E. Moore & Associates, PC
2700 Cumberland Parkway
Suite 400
Atlanta, Georgia 3339
678.385.5353 phone
678.385.5357 fax
jmduffoo@gemalaw.com