FILED IN CLERK'S OFFICE
U.S.D.C. Rome

JUL 26 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

Mark Dabney )
    Plaintiff )
)
Vs. ) Case No. 4:11-cv-00156-HLM-WEJ
)
LAW OFFICES OF )
GERALD E. MOORE & ASSOC. )
John Does 1-10 ) Judge Harold Murphy
    Defendant(s) ) Trial by Jury Demanded

## NOTICE OF OPPOSITION TO MOTION TO DISMISS

1) Defendant has repeatedly claimed that the case in question is frivolous in direct contradiction to the clerk of the court having documented that the case is not frivolous.

2) Defendant claims permissible purpose by citing FCRA although the alleged debt was a revolving credit card explicitly excluded from being a permissible purpose under the FCRA.

3) Defendant has asserted that the summons was not perfectly served and moved that the case be dismissed on that basis. Plaintiff is repeating service following getting summons with the proper seal.

4) Defendant has asserted that Plaintiff should pay for legal expenses, which is absurd in the case of an *in forma pauperis* filing.

5) Defendant has asserted that the jurisdiction is based on his place of business rather than the place of residency of the Plaintiff. This assertion is challenged as in conflict with the frivolity determination.

Dated: 25 July 2011

Respectfully Submitted,

_____
Mark Dabney
294 McCormick Road
Cartersville Georgia 30120
678 938-3324

Service to:

LAW OFFICES OF GERALD E. MOORE & ASSOC. P. C.
2700 Cumberland Parkway Suite 400
Atlanta Georgia 30339