FILED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT 17 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Mark Dabney )
   Plaintiff )
 ) Case No. 4:11-cv-00156-HLM-WEJ
Vs. )
 )
GERALD E. MOORE & ASSOC. )
John Does 1-10 ) Judge Murphy
   Defendant(s) ) Trial by Jury Demanded

## REBUTTAL TO DEFENDANT'S REPLY

1) This document is in answer to Defendant's reply.

2) Defendant was given more than ample opportunity to establish legitimate permissible purpose by properly validating the alleged account prior to litigation but did not. Therefore there is still a matter of material fact before the court. Not one single document bears any signature of the Plaintiff – for that matter – any signature at all – not even a copy of a signature.

3) Plaintiff has demanded trial by jury not argument by answer and does not agree with the Defendants interpretation of law.

4) Upon further examination, the previous assertion by the Plaintiff that there is no issue of fact is hereby retracted as it appears clear that the Defendant has yet to provide any legally binding proof that the Plaintiff has ever had any actual account which could be construed as to afford permissible purpose under the FCRA. Plaintiff is aware there is no case law as yet established on the question of definition of "account" under the FCRA, including the case

cited by the Defendant and therefore contends there is still material fact before the court which must be decided by a jury and not by the litigants. The Defendant's cited case which does not address the actual issue at hand which is for the jury to decide under the objective and impartial guidance of the honorable judge.

5) The court cannot look beyond the pleadings to dismiss the case, as follows:

> "We accept a plaintiff's factual allegations as true when considering motions to dismiss under Fed.R.Civ.P. 12(b)(6). Buckley v. Fitzsimmons, 509 U.S. 259, 261, 113 S.Ct. 2606, 2609 (1993); Blackburn v. City of Marshall, 42 F.3d 925, 931 (5th Cir. 1995). Unless such allegations show that the plaintiff has failed to state a claim upon which relief can be granted, this court will not grant a motion to dismiss under 12(b)(6). Id. This court will not look beyond the face of the pleadings to determine whether relief should be granted based on the alleged facts, St. Paul Ins. Co. of Bellaire, Texas v. AFIA Worldwide Ins. Co., 937 F.2d 274, 279 (5th Cir. 1991), cert. denied, 502 U.S. 1030 (1992), and will construe all factual allegations in the light most favorable to the plaintiffs, Rubinstein v. Collins, 20 F.3d 160, 166 (5th Cir. 1994).

6) Legal standard, motions to dismiss are generally disfavored and rarely granted (Solsa vs. Coleman - 5th Circuit, 1981)

7) Summary Judgment is improper in this case because there are genuine issues of fact on each element of plaintiff's cause of action for violations of the FCRA: no permissible purpose to obtain plaintiff's credit report.

8) Other rebuttals may be pertinent – but this should suffice for now. Should the honorable judge have any questions the plaintiff will readily comply.

**Dated:**

                      **Respectfully Submitted,**

                      _/s/ Mark Dabney_

                      **Mark Dabney**
                      **294 McCormick Road**
                      **Cartersville Georgia 30120**
                      **678 938-3324**

Service to:

**GERALD E. MOORE & ASSOC.**
**2700 Cumberland Parkway Suite 400**
**Atlanta Georgia 30339**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Mark Dabney | ) |
|    Plaintiff | ) |
| | ) Case No. 4:11-cv-00156-HLM-WEJ |
| Vs. | ) |
| | ) |
| GERALD E. MOORE & ASSOC. | ) |
| John Does 1-10 | )    Judge Murphy |
|    Defendant(s) | )    Trial by Jury Demanded |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of Plaintiff Mark Dabney,

**REBUTTAL TO REPLY** by depositing a copy of the same in the United States Mail

in a properly addressed envelope with adequate postage thereon to:

   GERALD E. MOORE & ASSOC.
   2700 Cumberland Parkway Suite 400
   Atlanta Georgia 30339


This 15th Day of October 2011

_____
                            **Mark Dabney**