UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Mark Dabney,

        Plaintiff,

vs.

Gerald E. Moore & Associates, et al,

        Defendants.

CIVIL ACTION FILE

NO. 4:11-cv-156-HLM

## J U D G M E N T

This action having come before the court, Harold L Murphy, United States District Judge, for consideration of the magistrate's report and recommendations as to Defendant Gerald E. Moore & Associates's Motion to Dismiss and Amended Motion to Dismiss, and the court having adopted the report and recommendations and having denied said motions as to Defendant Gerald E. Moore & Associates's objections based on service and venue, and having granted said motions as to Plaintiff's FCRA claim and Defendant Gerald E. Moore & Associates's claim for attorney's fees, it is

**Ordered and Adjudged** that judgment is entered in favor Gerald E. Moore & Associates in the amount of $3,120.00 for attorney's fees.

Dated at Atlanta, Georgia this 19th day of December, 2011.

                                  JAMES N. HATTEN
                                  CLERK OF COURT

                    By:  <u>s/Debbie Burkhalter</u>
                            Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   December 19, 2011
James N. Hatten
Clerk of Court

By: <u>s/Debbie Burkhalter</u>
      Deputy Clerk